# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Abbott Chemical, Inc.
Plaintiff(s)

vs.    Civil No. 97-1143 (SEC)

Molinos de Puerto Rico, Inc.
Defendant(s)

RECEIVED & FILED 1999 SEP 14 AM 8 51 CLERK'S OFFICE US DISTRICT COURT SAN JUAN PR

## DESCRIPTION OF MOTION

DATE FILED: 9/2/99    DOCKET: 86    TITLE: Request for Extension of Time to File Bill of Costs

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)
[X] Defendant(s)

DISPOSITION:

[X] GRANTED    [ ] DENIED

[ ] NOTED    [ ] MOOT

## ADDITIONAL COMMENTS:

Until September 17, 1999.

13 IX 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE